**Brandon Lee STANLEY,**
**Plaintiff-Appellant,**

v.

**UNITED STATES of America; et al., Defendants-Appellees.**

No. 15-35926

United States Court of Appeals,
Ninth Circuit.

Submitted April 11, 2017 *

Filed April 27, 2017

Brandon Lee Stanley, Pro Se

Teal Luthy Miller, Helen J. Brunner, Esquire, Assistant U.S. Attorney, Priscilla To-Yin Chan, Esquire, Assistant U.S. Attorney, DOJ-Office of the U.S. Attorney, Seattle, WA, for Defendants-Appellees

Before: GOULD, CLIFTON, and HURWITZ, Circuit Judges.

## MEMORANDUM **

Brandon Lee Stanley appeals pro se from the district court's judgment dismissing for failure to exhaust administrative remedies his civil rights action arising from defendants' treatment of his broken hand. We have jurisdiction under 28 U.S.C. § 1291. We vacate and remand.

On appeal, Stanley argues that he complied with the administrative exhaustion requirement as to his claim arising under the Federal Tort Claims Act. In response, defendants have expressly waived the affirmative defense of exhaustion that they asserted in the district court, and request that we vacate and remand for further proceedings. Accordingly, we vacate the district court's judgment and remand the case for further proceedings.

Each party shall bear its own costs on appeal.

**VACATED and REMANDED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.